WARDEN, NEVADA STATE PRISON, Appellant, v.
HAMINA MARIE JUPITER, Respondent.

No. 9789

June 29, 1977                    565 P.2d 653

*Robert List,* Attorney General, Carson City, for Appellant.

*H. Rodlin Goff,* State Public Defender, Carson City, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Warden v. Owens, 93 Nev. 255, 563 P.2d 81 (1977), we, *sua sponte,* reverse the district court's order which granted respondent's petition for a writ of habeas corpus.